2 A.3d 472

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Adam ROSEN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 11, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the limited Fifth Amendment waiver occasioned by a mental health defense in a defendant's first trial allows the Commonwealth to use the evidence obtained pursuant to such waiver as rebuttal in a subsequent trial where no mental health defense is presented.